## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **MEGAN KELLEY,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:21-cv-818-SDJ |
| | § | |
| **ATRIUM HOSPITALITY LP,** | § | |
| | § | |
| Defendant. | § | **[JURY TRIAL DEMANDED]** |

### JOINT NOTICE OF SETTLEMENT

Plaintiff, Megan Kelley, and Defendant, Atrium Hospitality LP, respectfully notify the Court that the parties have agreed to settle the above-captioned matter. Counsel for the parties have finalized the Settlement Agreement, and they intend to file an Agreed Motion to Dismiss With Prejudice ("Motion") as soon as practicable, but respectfully request that they are given 30 days to file their Motion.

Respectfully submitted,

**KILGORE & KILGORE, PLLC**

By: */s/ Daryl J. Sinkule*
DARYL J. SINKULE
State Bar No. 24037502
djs@kilgorelaw.com
Kilgore Law Center
3109 Carlisle Street
Dallas, Texas 75204-1194
Telephone: (214) 969-9099
Facsimile: (214) 379-0843

**ATTORNEYS FOR PLAINTIFF
MEGAN KELLEY**

**FORDHARRISON LLP**

By:   */s/ Buena Vista Lyons*
      Buena Vista Lyons
      State Bar No. 00797630
      vlyons@fordharrison.com
      David Roger Anderson
      Georgia State Bar No. 368564
      danderson@fordharrison.com
      *Admission Forthcoming*
      1601 Elm Street, Suite 4450
      Dallas, Texas 75201
      Telephone: (214) 256-4700
      Facsimile: (214) 256-4701

      **ATTORNEYS FOR DEFENDANT**
      **ATRIUM HOSPITALITY LP**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record pursuant to the electronic filing system for the United States District Court for the Eastern District of Texas on this, the 26th day of January, 2022:

Buena Vista Lyons
vlyons@fordharrison.com
David Roger Anderson
danderson@fordharrison.com
FordHarrison LLP
1601 Elm Street, Suite 4450
Dallas, Texas 75201

      */s/ Daryl J. Sinkule*
      DARYL J. SINKULE