IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MEGAN KELLEY, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:21-cv-818-SDJ |
| | § | |
| v. | § | |
| | § | |
| ATRIUM HOSPITALITY LP, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

By mutual agreement of the Parties in this case, Plaintiff Megan Kelley ("Plaintiff") and Defendant Atrium Hospitality LP ("Defendant") (collectively, (the "Parties")), hereby move this Court to dismiss all claims brought against Defendant *with prejudice*. The Parties further request that this Court order dismissal with each party bearing her/its own expenses and costs of court, including attorneys' fees, and request that the Court enter the attached proposed form of Agreed Order of Dismissal With Prejudice.

Respectfully submitted,

/s/ *Daryl J. Sinkule*
Daryl J. Sinkule
Texas State Bar No. 24037502
djs@kilgorelaw.com

**KILGORE & KILGORE, PLLC**
3109 CARLISLE STREET
Dallas, Texas 75204
Telephone:  (214) 969-9099
Facsimile:  (214) 379-0843

**ATTORNEYS FOR PLAINTIFF
MEGAN KELLEY**

–AND–

/s/ *Buena Vista Lyons*
Buena Vista Lyons
Texas Bar No. 00797630
vlyons@fordharrison.com

**FORDHARRISON LLP**
1601 Elm Street, Suite 4450
Dallas, Texas 75201
Telephone:  (214) 256-4700
Facsimile:  (214) 256-4701

**ATTORNEYS FOR DEFENDANT ATRIUM, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February 2022, a true and accurate copy of the foregoing *Agreed Motion to Dismiss with Prejudice* was filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record.

/s/ *Daryl J. Sinkule*
Daryl J. Sinkule

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MEGAN KELLEY, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:21-cv-818-SDJ |
| | § | |
| v. | § | |
| | § | |
| ATRIUM HOSPITALITY LP, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

For the reasons set forth in the Parties' Agreed Motion to Dismiss With Prejudice, it is ORDERED, ADJUDGED, AND DECREED that the above-captioned action and all claims brought by Plaintiff therein against Defendant are dismissed with prejudice.

It is further ORDERED, ADJUDGED, AND DECREED that each party shall bear her/its own expenses and costs of court, including attorneys' fees.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all relief which was sought or which could have been sought herein, not expressly granted herein is denied.

This Order constitutes a final judgment and disposes of all parties and all

claims. SO ORDERED this ____ day of February, 2022.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND CONTENT:

By: /s/ *Daryl J. Sinkule*
    Daryl J. Sinkule
    djs@kilgorelaw.com
    Texas State Bar No. 24037502
    *e-signed with permission*
    **KILGORE LAW CENTER**
    3109 Carlisle Street
    Dallas, Texas 75204
    Telephone: (214) 969-9099
    Facsimile: (214) 379-0843

    **ATTORNEY FOR PLAINTIFF MEGAN KELLEY**

By: */s/ Buena Vista Lyons*
    Buena Vista Lyons
    Texas Bar No. 00797630
    vlyons@fordharrison.com
    FORDHARRISON LLP
    1601 Elm Street, Suite 4450
    Dallas, TX  75201
    Telephone: (214) 256-4705
    Facsimile:  (214) 256-4701

    **ATTORNEY FOR DEFENDANT ATRIUM, INC.**

WSACTIVELLP:12862484.1